1

2

3

4

5

6

7

8             IN THE UNITED STATES DISTRICT COURT FOR THE

9                     EASTERN DISTRICT OF CALIFORNIA

10

11   DAMIEN M. McDOUGLAND,              1:07-cv-01735-OWW-SMS- (PC)

12            Plaintiff,               ORDER GRANTING MOTION
                                       TO EXTEND TIME TO SUBMIT
13        vs.                          APPLICATION TO PROCEED IN FORMA
                                       PAUPERIS
14   CALIFORNIA DEPARTMENT OF          (Docs. 5, 7)
     CORRECTIONS AND REHABILITATION,
15   et al.,                           THIRTY DAY DEADLINE
               Defendants.
16   _____/

17        Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. §

18   1983.  On January 18, 2008, and on March 19, 2008, plaintiff filed motions to extend time to

19   submit an application to proceed in forma pauperis.  Good cause having been presented to the

20   court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

21        Plaintiff is granted thirty (30) days from the date of service of this order in which to

22   submit an application to proceed in forma pauperis.

23   IT IS SO ORDERED.

24   **Dated:    March 21, 2008**            /s/ Sandra M. Snyder
                                          UNITED STATES MAGISTRATE JUDGE
25

26

27

28