IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAMIEN M. McDOUGLAND, | 1:07-cv-01735-OWW-SMS (PC) |
| Plaintiff, | ORDER TO SUBMIT APPLICATION TO PROCEED IN FORMA PAUPERIS |
| vs. | **OR** PAY FILING FEE WITHIN 45 DAYS |
| CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al., | |
| Defendants. | |

Plaintiff is a state prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff has not paid the $350.00 filing fee, or submitted an application to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.

On December 10, 2007, the plaintiff was ordered to submit an application to proceed in forma pauperis or pay the filing fee. On January 18, 2008 and March 19, 2008, plaintiff filed motions for an extension of time to file his application to proceed in forma pauperis. On March 27, 2008, plaintiff filed his trust fund account statement without an application to proceed in forma pauperis.

Accordingly, IT IS HEREBY ORDERED that:

Within forty-five (45) days of the date of service of this order, plaintiff shall submit the attached application to proceed in forma pauperis, completed and signed, or in the alternative, pay

-1-

the $350.00 filing fee for this action.  **Plaintiff is advised that he is not required at this time to obtain a signature or any documentation from prison officials.  Plaintiff should simply sign the application and return it to the court.  No requests for extension will be granted without a showing of good cause**.

**Failure to comply with this order will result in a recommendation that this action be dismissed.**

IT IS SO ORDERED.

**Dated:   May 9, 2008**                                        **/s/ Sandra M. Snyder**
                                                                              UNITED STATES MAGISTRATE JUDGE